**Order entered October 6, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01108-CV

### ARCH RESORTS, LLC, Appellant

### V.

### CITY OF MCKINNEY, TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01855-2015**

## ORDER

We **GRANT** the October 3, 2015 motion of Certified Court Reporter Tonya Lebo for an extension of time to file the reporter's record. The reporter's record shall be filed by **OCTOBER 12, 2015**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Indu Bailey, Official Court Reporter for the 219th Judicial District Court, Ms. Lebo, and all parties.

/s/    ELIZABETH LANG-MIERS
        JUSTICE